■ JOSEPH RICHARDSON, Respondent, v. WILLIAM MILLARD, Appellant, et al., Defendant.— REYNOLDS, J. P. Appeal from an order of the Supreme Court, Schenectady County, granting respondent's motion for permission to serve an amended complaint to add G. E. Van Vorst Co., Inc., as a party defendant in this action. The instant appeal was taken by William H. Millard and not G. E. Van Vorst Co. Millard is not a party aggrieved within the meaning of CPLR 5511 by the order adding an additional defendant (7 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 5511.08). Accordingly, the appeal is improperly taken and must, therefore, be dismissed (*Matter of Cannan*, 278 App. Div. 742). Appeal dismissed, without costs. Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur in memorandum by Reynolds, J. P.

■ In the Matter of the Claim of CONSTANCE DANIELS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— MEMORANDUM BY THE COURT. Appeal by the claimant from a decision of the Unemployment Insurance Appeal Board, dated April 23, 1969 which affirmed the initial disqualification of claimant from receiving benefits effective October 5, 1968 for voluntarily leaving her employment to follow her spouse to another locality. While we recognize that claimant's employment was undoubtedly essential to supplement the income of her husband while he served with the Armed Forces, nevertheless it is established that she left her employment for the reason of joining her husband in another locality and under such circumstances the board may find that she is disqualified pursuant to section 593 (subd. 1, par. [b]) of the Labor Law. (See *Matter of Ost* [*Catherwood*], 26 A D 2d 979; *Matter of Laba* [*Catherwood*], 28 A D 2d 1184.) Decision affirmed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur in memorandum by the court.